GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHELE C. MARCHAND
Assistant United States Attorney
California Bar No. 93390
Asset Forfeiture Section
    U.S. Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213)894-2727
    Facsimile: (213)894-7177
    E-Mail: Michele.Marchand@usdoj.gov

E-FILED 12/28/09
JS-6

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$180,981.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>JEREMIAS GUTIERREZ,<br><br>        Claimant. | NO.  CV 09-6345-PSG(FFMx)<br><br>**[Proposed]**<br>**CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff United States of America ("plaintiff") initiated this action by filing a Verified Complaint for Forfeiture ("Complaint") on August 31, 2009.  Notice was given and published in accordance with law.  Claimant Jeremias Gutierrez ("claimant") filed a timely claim and answer.  No other claims or answers have been filed, and the time for filing claims and answers has

1  expired.

2  Plaintiff and claimant have reached an agreement that is
3  dispositive of this action.  In compliance with the terms of the
4  Plea Agreement for Defendant Jeremias Gutierrez entered by
5  claimant in the related criminal case, <u>United States v. Jeremias
6  Gutierrez, et al.</u>, CR 09-0350-PSG, on November 4, 2009, claimant
7  hereby withdraws his claim in this action.  Plaintiff and
8  claimant hereby request that the Court enter this Consent
9  Judgment of Forfeiture.

10  **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

11  1.   This court has jurisdiction over the parties and the
12  subject matter of this action.

13  2.   Notice of this action has been given in accordance with
14  law.  All potential claimants to the defendant $180,981.00 in
15  U.S. currency other than claimant are deemed to have admitted the
16  allegations of the Complaint.  The allegations set out in the
17  Complaint are sufficient to establish a basis for forfeiture.

18  3.   The United States of America shall have judgment as to
19  the defendant $180,981.00 in U.S. currency ("defendant currency")
20  and all interest earned thereon.  No other person or entity shall
21  have any right, title or interest in the defendant currency.  The
22  United States Marshals Service is ordered to dispose of said
23  asset in accordance with law.

24  4.   Claimant hereby releases the United States of America,
25  its agencies, agents, and officers, including employees and
26  agents of the Drug Enforcement Administration, from any and all
27  claims, actions or liabilities arising out of or related to this
28  action, including, without limitation, any claim for attorneys'
    fees, costs or interest which may be asserted on behalf of

1  claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

2       5.   The Court finds that there was reasonable cause for the
3  seizure of the defendant currency and institution of these
4  proceedings.  This judgment shall be construed as a certificate
5  of reasonable cause pursuant to 28 U.S.C. § 2465.

6  DATED: _12/28_____, 2009

7  

8  _____
   HONORABLE PHILIP S. GUTIERREZ
   UNITED STATES DISTRICT JUDGE

10 **Approved as to form and content:**

11 DATED: December 21, 2009        GEORGE S CARDONA
                                   Acting United States Attorney
12                                 CHRISTINE C. EWELL
                                   Assistant United States Attorney
13                                 Chief, Criminal Division
                                   STEVEN R. WELK
14                                 Assistant United States Attorney
                                   Chief, Asset Forfeiture Section
15
                                           /s/ MICHELE C. MARCHAND
16                                 _____
                                   MICHELE C. MARCHAND
17                                 Assistant United States Attorney

18                                 Attorneys for Plaintiff
                                   United States of America
19

20 DATED: December 21,2009         LAW OFFICE OF PAUL L. GABBERT

21                                         /S/ PAUL L. GABBERT
                                   _____
22                                 PAUL L. GABBERT

23                                 Attorney for Claimant
                                   Jeremias Gutierrez

3